

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-91,839-01

### EX PARTE ROLAND DARRELL TROTTER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. CR-17-0254-WHC1 IN THE 274TH DISTRICT COURT FROM HAYS COUNTY

*Per curiam*.

### O R D E R

The State charged Applicant with three offenses arising out of an incident involving his ex-girlfriend at a hotel where she worked: Count I—assault with family violence—"striking [the victim] on or about the head with his hand"; Count II—violation of a protective order—"going to or near the [victim's] place of employment"; and Count III—violation of a protective order—"committing family violence against [the victim]." A jury convicted Applicant of all three counts. The trial court assessed 12-year prison sentences for the convictions in Counts I and II. The trial court assessed a 10-year prison sentence in Count III but probated it. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

This Court has made an independent review of the record. Regarding the convictions in Counts I and II, Applicant fails to show entitlement to habeas relief. Regarding Count III, because the trial court probated the sentence, Applicant must raise his collateral challenge in the trial court pursuant to Article 11.072 of the Code of Criminal Procedure.

As to Counts I and II, this Court denies habeas relief. As to Count III, Applicant's habeas claims are dismissed.

Delivered: January 27, 2021
Do not publish